**MORRIS PATRICK**

1736 State Street Apt. 491

San Diego, CA. 92101

(661) 528-4238

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2022
CENTRAL DISTRICT OF CA
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS PATRICK, an individual. | Case No: 2:22-CV-02846-PA-MAA |
| PLAINTIFF | |
| v. | EXHIBIT A |
| COUNTY OF LOS ANGELES, et al. | |
| DEFENDANTS | |

**EXHIBIT A**

 Morris Patrick <bopatrick2008@gmail.com>

## CFT meeting
5 messages

**Morris Patrick** <bopatrick2008@gmail.com>  Wed, Nov 29, 2017 at 7:59 PM
To: whorenburg@waldenfamily.org, Allana.Reid@hss.sbcounty.gov
Bcc: Gloria Kim Chung <gkimchung@fcgattorneys.com>

Hello Allana,

I just got your email and I am willing to sign the consent. I want Willie to be part of CFT meeting with sign language interpreter and discuss the whole plans.

Thank you,

Morris Patrick

---

**Reid, Allana** <Allana.Reid@hss.sbcounty.gov>  Thu, Nov 30, 2017 at 7:40 AM
To: Morris Patrick <bopatrick2008@gmail.com>

The initial CFT will be used to discuss the mental health services for the children. Once you begin services we will work on a plan. I will have the release upfront under your last name on the 29th.

[Quoted text hidden]

CONFIDENTIALITY NOTICE: This communication contains confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication, you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

---

**Morris Patrick** <bopatrick2008@gmail.com>  Thu, Nov 30, 2017 at 7:43 AM
To: "Reid, Allana" <Allana.Reid@hss.sbcounty.gov>

Yes I will sign paperworks next week on Wednesday before I visit kids.

Thanks,

Morris Patrick
[Quoted text hidden]

---

**Morris Patrick** <bopatrick2008@gmail.com>  Sat, Feb 29, 2020 at 5:20 AM
To: John McCurley <jmccurley51@gmail.com>

[Quoted text hidden]

---

**Morris Patrick** <bopatrick2008@gmail.com>  Tue, May 19, 2020 at 3:40 PM
To: Andy Kay <andy@kayandassociates.com>

---------- Forwarded message ----------
From: **Morris Patrick** <bopatrick2008@gmail.com>
Date: Thu, Nov 30, 2017 at 7:43 AM
Subject: RE: CFT meeting
To: Reid, Allana <Allana.Reid@hss.sbcounty.gov>

 **Gmail**      Morris Patrick <bopatrick2008@gmail.com>

## CFT meeting
2 messages

**Morris Patrick** <bopatrick2008@gmail.com>     Wed, Feb 7, 2018 at 7:03 PM
To: Gloria Kim Chung <gkimchung@fcgattorneys.com>, "Sando, Amy" <amy.sando@hss.sbcounty.gov>, "McCormic, Marlena" <mmccormic@hss.sbcounty.gov>, Willie Horenburg <whorenburg@waldenfamily.org>

Hello Amy,

I want to set up CFT meeting because I am concern about my children's emotions and please set up meeting ASAP. I'm available on Monday, Wednesday morning, and Friday.

Thank you,

Morris Patrick

---

**Morris Patrick** <bopatrick2008@gmail.com>     Sat, Feb 29, 2020 at 5:08 AM
To: John McCurley <jmccurley51@gmail.com>

[Quoted text hidden]