**MORRIS PATRICK**

1736 State Street Apt. 491

San Diego, CA. 92101

(661) 528-4238

**PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS PATRICK, an individual.<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al<br><br>DEFENDANTS | Case No: 2:22-CV-02846-PA-MAA<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

## » INTRODUCTION

1. Before the Court is Morris Patrick ("Plaintiff"), and Plaintiff's request for extension to file Exhibit B and Exhibit C.

2. Plaintiff respectfully requests an extension of time to file Exhibit B and Exhibit C as noted in the Complaint for Damages filed with this request until 60 days from this filing before this Court issues it's IFP review.

## » STATEMENT

3. Plaintiff respectfully requests that this Court grant his extension request to file the notated Exhibit B and C plaintiff's Complaint for

Damages until 60 days after this filing before this Court issues it's IFP review due to the complex nature involved in this case.

4. Plaintiff is gathering and preparing all known materials to properly initiate this Court proceeding without accidental errors to provide enough without too much information as expected in a proper Court proceeding and to prevent any confusion while articulating the information.

5. Plaintiff and other families across the state of California seek to expose a systemic defect impacting others on a daily basis. Therefore, it is critical to present the information without misinterpretations that could become manipulated at any point of this proceeding while exposing the hidden truths.

## » CONCLUSION

6. For these reasons, Plaintiff respectfully requests for this Court to grant Plaintiff's requested extension of time to file the notated Exhibit B and C in the Complaint for Damages until 60 days after this filing before this Court issues it's IFP review.

MORRIS PATRICK
PRO SE LITIGANT

DATED: APRIL 27, 2022

*[signature: Morris C Patri]*

MORRIS PATRICK
PRO SE LITIGANT