NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MORRIS PATRICK
1736 State Street Apt. 491
San Diego, CA. 92101
(661) 528-4238
PLAINTIFF IN PRO PER



ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MORRIS PATRICK

                              Plaintiff(s),

v.

COUNTY OF LOS ANGELES, a municipal entity;
COUNTY OF SAN BERNARDINO, a municipal
entity; PEDRO DOMINGUEZ, individually and in
                              Defendant(s)

CASE NUMBER:

2:22-CV-02846-PA-MAA

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       Plaintiff Morris Patrick
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Morris Patrick | Plaintiff |
| County of Los Angeles | Defendant |
| County of San Bernardino | Defendant |
| DCFS Social Worker Pedro Dominguez | Defendant |
| DCFS Social Worker Karen Bowman | Defendant |
| DCFS Social Worker Stephanie Schneider | Defendant |
| DCFS Social Worker Diane Brown | Defendant |
| DCFS Social Worker Amy Sando | Defendant |
| DCFS Social Worker Marlena Mccormick | Defendant |
| Gloria Kim Chun | Defendant |
| Fredrick Nicola | Defendant |
| Phon Vo | Defendant |
| DOES 1 - 50 | Defendant |

April 27, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Morris Patrick, Pro Per