MORRIS PATRICK
1736 State Street Apt. 491
San Diego, CA. 92101
(661) 528-4238
PLAINTIFF IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
APR 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Morris Patrick

PLAINTIFF/PETITIONER,
v.

COUNTY OF LOS ANGELES, a municipal entity;
COUNTY OF SAN BERNARDINO, a municipal entity DEFENDANT(S).

CASE NUMBER

2:22-CV-02846-PA-MAA

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Morris Patrick _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. <u>I am on worker's compensation from Amazon for my back injury. I am on medical leave since October 31, 2021. I am still get pay from Sedwick for $848.76 every 2 weeks.</u>

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. <u>N/A</u>

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes ☑No
    b. Rent payments, interest or dividends?   ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
    d. Gifts or inheritances?   ☐Yes ☑No
    e. Any other income (other than listed above)?   ☐Yes ☑No
    f. Loans?   ☐Yes ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: <u>N/A</u>

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   I have a checking account and saving account.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2021

   Approximately how much income did your last tax return reflect? $10,586.19

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | San Diego |
| :---: | :---: |
| State | County (or City) |

I, Morris Patrick _____, declare under penalty of perjury that the foregoing is true and correct.

04-27-2022                                    Morris C Patto
Date                                          Plaintiff/Petitioner (Signature)