# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MORRIS PATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | No. 2:22-cv-02846-PA-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records and files herein, and the Magistrate Judge's Interim Report and Recommendation. No objections to the Interim Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Interim Report and Recommendation is accepted.
2. Defendant San Bernardino County's Motion to Dismiss (ECF 29) is granted in part.
3. Defendant McCormic's Motion to Dismiss (ECF 54) is denied.
4. Within 30 days of the date of this Order, Plaintiff shall either:

    (a) file a Third Amended Complaint remedying the deficiencies

1   detailed in the Interim Report and Recommendation; or

2       (b) notify the Court that he intends to proceed on the claims that

3   remain in the Second Amended Complaint.

4       5.    The Court Clerk shall serve this Order on all counsel or parties of

5   record.

7   DATED:  January 2, 2024                      _____

8                                       PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE