UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 2:22-cv-02846-PA-BFM | **Date:** | May 14, 2024 |

**Title:** Morris Patrick v. County of Los Angeles, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order Re: Third Amended Complaint (ECF 115)**

The operative Third Amended Complaint was filed in this case on February 5, 2024. On April 2, 2024, Plaintiff filed a proof of service, reflecting service on Karen Bowman on March 25, 2024. Defendant Bowman has not yet responded, and Plaintiff has not requested entry of default. Plaintiff is ordered to show cause, **no later than June 4, 2024**, why the case should not be dismissed as to Defendant Bowman for lack of prosecution.

All other Defendants have answered. A case management order with respect to the Defendants who have answered will be issued under separate cover.

**IT IS SO ORDERED**.

cc:  Morris Patrick, pro se
     Counsel of Record

Initials of Preparer:  ch