# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MORRIS PATRICK,

Plaintiff,

v.

COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:22-cv-02846-MWC-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Requests for Leave to Amend, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Plaintiff's requests for leave to amend (ECF 185, 192) are denied.

DATED: December 29, 2025

_____

HONORABLE MICHELLE W. COURT
UNITED STATES DISTRICT JUDGE