# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MORRIS PATRICK,

      Plaintiff,

    v.

COUNTY OF LOS ANGELES, et al.,

      Defendants.

No. 2:22-cv-02846-MWC-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motions for Summary Judgment (ECF 175, 177), the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Los Angeles County Defendants' requests for judicial notice (ECF 178-79) are granted;

3. Defendants' requests to strike improper surreplies or file a sur-surreply (ECF 326 at 16; ECF 331, 356, 369) are denied;

4. Plaintiff's requests for leave to amend (ECF 199, 233) are denied;

5. San Bernardino County Defendants' Motion for Summary Judgment (ECF 175) is granted;

6. Los Angeles County Defendants' Motion for Summary Judgment (ECF 177) is granted; and

7. Judgment be entered consistent with this Order dismissing this action with prejudice.

DATED: February 6, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE