JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MORRIS PATRICK

        Plaintiff,

      v.

COUNTY OF LOS ANGELES, et al,

        Defendants.

No. 2:22-cv-02846-MWC-BFM

**JUDGMENT**

**JS-6**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, the San Bernardino County Defendants' Motion for Summary Judgment (ECF 175) and the Los Angeles County Defendants' Motion for Summary Judgment (ECF 177) are GRANTED and IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 6, 2026



_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE